# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 20-1682-PA (JEM) | Date | April 29, 2020 |
|---|---|---|---|
| Title | Vincent Valdez Davis v. M. Wykoff, et al. | | |

| Present: The Honorable | John E. McDermott, United States Magistrate Judge |
|---|---|

| S. Lorenzo | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:** (IN CHAMBERS) ORDER RE: PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL (Docket No. 16)

On April 24, 2020, Plaintiff filed a document, in which he states that he no longer wishes to pursue his case and asks the Court to dismiss the action. The Court construes this document as a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) ("Notice").

Fed. R. Civ. P. 41(a)(1)(A)(i) allows a plaintiff to dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Here, no defendant has filed either an answer or a motion for summary judgment. Accordingly, the case is dismissed by operation of law, and without the need for a court order, pursuant to Plaintiff's Notice. The dismissal is without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(B).

| | : | |
|---|---|---|
| Initials of Preparer | | slo |